## Case No. 15,739.

### UNITED STATES v. MASTERS.

[4 Cranch, C. C. 479.] [1]

Circuit Court, District of Columbia. Nov. Term, 1834.

#### WITNESS—EVIDENCE TO DISCREDIT.

Evidence will not be admitted that the witness is a common prostitute, to discredit her testimony. The question must be confined to her general reputation for veracity, and whether from his knowledge of that general reputation he would believe her upon oath.

[Cited in Fletcher v. State, 49 Fed. 133.]

Indictment [against William T. Masters] for assault and battery.

Mr. Brent, for the defendant, offered to prove that the witness for the prosecution was generally reputed to be a common prostitute, in order to discredit her testimony; and cited 2 Hayw. (N. C.) 300; Hume v. Scott, 3 A. K. Marsh. 261; Com. v. Murphy, 14 Mass. 387.

THE COURT (THRUSTON, Circuit Judge, absent) said that the rule which this court has adopted, is that laid down by Starkie, and the question must be confined to the general reputation of the witness as to veracity; and whether, from his knowledge of that general reputation, he would believe her upon oath.